LAW OFFICES OF STEVEN L. MARTIN
Steven L. Martin, Esq. Cal. State Bar #077315
11400 West Olympic Boulevard, Suite 1150
Los Angeles, CA 90064
Telephone: (310) 479-2345
Facsimile: (310) 479-2346

JS - 6

Attorneys for Defendant
QPACK, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY DEVELOPMENT, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>QPACK, INC., a California corporation,<br><br>Defendant.<br>_____ | CASE NO.: CV07-7229-R (Ex)<br>[Honorable Manuel L. Real]<br><br><br><br><br>**JUDGMENT** |

This action came on for hearing before the Court on March 16, 2009, the Honorable Manuel Real presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits and that Defendant recover its costs and attorney's fees.

DATED: March 30, 2009

_____
Manuel L. Real
United States District Judge

-1-
**JUDGMENT**